IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:  CONNIE SUE SONNIER                              CASE NO: 17-20220

**TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED PLAN**
**FILED 06/09/2017**

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who objects to confirmation of the debtor's plan for the reasons respectfully indicated as follows:

-This plan calls for the Trustee to begin making ongoing home mortgage payments in August 2017, yet also includes post-petition arrears for August 2017.

**WHEREFORE,** Trustee prays that a hearing be held and after due proceeding had, the debtor's plan shall not be confirmed; or alternatively the debtor should be required to amend the plan to satisfy the objections herein.

Lafayette, Louisiana this 18th day of July, 2017.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**

## CERTIFICATE OR SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor:

CONNIE SUE SONNIER
7537 LING RD LOT 119
LAKE CHARLES, LA 70605

and the debtor's attorney:

PASCALE WATSON
7809 AIRLINE DR STE 304C
METAIRIE, LA 70003

by placing same in the United States Mail, postage prepaid or by electronic case filing this 18th day of July, 2017.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**